**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALICIA A. COHEN,<br><br>                Plaintiff,<br><br>   v.<br><br>RONALD A. COHEN, a/k/a Rafi Cohen, Rafael Cohen, Rafa-El Cohen, Rafael Chaim Ha Cohen, Rafael Chaim Cohen, Ron Cohen, and Ronnie Cohen,<br><br>                Defendant. | C.A. No. 19-1219-MN<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2020, I caused the foregoing documents to be electronically filed with the Clerk of the Court using CM/ECF and to be served by electronic mail and Federal Express upon Defendant at the address of record listed below:

> Ronald A. Cohen
> 2171 Britton Road
> Apartment 208
> Leland, NC 28451

>       */s/ Matthew B. Goeller*
>       Matthew B. Goeller (No. 6283)