# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICIA A. COHEN,<br><br>     Plaintiff,<br><br> v.<br><br>RONALD A. COHEN, a/k/a Rafi Cohen, Rafael Cohen, Rafa-El Cohen, Rafael Chaim Ha Cohen, Rafael Chaim Cohen, Ron Cohen, and Ronnie Cohen,<br><br>     Defendant. | C.A. No. 19-1219-MN |

## ORDER GRANTING DEFENDANT'S RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW

This matter is before the Court on Defendant's Rule 50 Motion for Judgment as a Matter of Law.

For Good Cause Shown, Defendant's Motion is **GRANTED**. This the _____ day of _____, 2021.

                  _____
                  MARYELLEN NOREIKA
                  U.S. District Judge