**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALICIA A. COHEN, | |
| Plaintiff, | |
| v. | C.A. No. 19-1219-MN |
| RONALD A. COHEN, a/k/a Rafi Cohen, Raphael Cohen, Rapha-El Cohen, Raphael Chaim Ha Cohen, Raphael Chaim Cohen, Ron Cohen, and Ronnie Cohen, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## [JOINT PROPOSED] JUDGMENT FOLLOWING JURY VERDICT

This ___ day of _____, 2021, the Court having held a jury trial and the jury having rendered a unanimous verdict on September 17, 2021 (*see* D.I. 159 and 160), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff and against Defendant as to Counts II, III, IV, V, and VI (*see* verdict form at D.I. 160).

2. Judgment is entered in favor of Plaintiff and against Defendant for compensatory damages in the amount of $750,000.00.

3. Judgment is entered in favor of Plaintiff and against Defendant for punitive damages in the amount of $750,000.00.

4. Judgment is entered in favor of Plaintiff and against Defendants for post-judgment interest, at the statutory rate pursuant to 28 U.S.C. § 1961, on the $1,500,000.00 award and which accrues from the date that this Judgment Following Jury Verdict is entered until the judgment is paid.

5. Judgment is entered in favor of Defendant and against Plaintiff for Counts I, VII, VIII, IX, X, XI, XII, XIII, and XIV (*see* verdict form at D.I. 160).

*Plaintiff requests that the following sentenced be included in this Judgment, which*

*Defendant opposes:*  IT IS FURTHER ORDERED that this Judgment shall have the effect of

denying as moot all motions made by the parties pursuant to Rule 50(a) of the Federal Rules of

Civil Procedure.

Entered, this _____ day of _____, 2021.

_____
The Honorable Maryellen Noreika
United States District Judge