IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICIA A. COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1219-MN |
| | ) | |
| RONALD A. COHEN, a/k/a Rafi Cohen, | ) | |
| Rafael Cohen, Rafa-El Cohen, Rafael Chaim | ) | |
| Ha Cohen, Rafael Chaim Cohen, Ron Cohen, | ) | |
| and Ronnie Cohen | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

This 30th day of March 2022, the Court having held a jury trial and the jury having rendered a unanimous verdict on September 17, 2021 (*see* D.I. 159 & 160), the Court having entered a Judgment Following Jury Verdict (D.I. 169) and the Court having issued a Memorandum Opinion (D.I. 184) and Order (D.I. 185) on Defendant's Renewed Motion for Judgment as a Matter of Law, or Alternatively, Motion for New Trial (D.I. 176), the Court hereby enters Final Judgment as follows:

1.      Judgment is entered in favor of Plaintiff and against Defendant as to Counts II, III, IV, V, and VI (*see* verdict form at D.I. 160).

2.      Judgment is entered in favor of Plaintiff and against Defendant for compensatory damages in the amount of $750,000.00.

3.      Judgment is entered in favor of Plaintiff and against Defendant for punitive damages in the amount of $750,000.00.

4.      Judgment is entered in favor of Plaintiff and against Defendant for post-judgment interest, at the statutory rate pursuant to 28 U.S.C. § 1961, on the $1,500,000.00 award and which

accrues from the date that the Judgment Following Jury Verdict was entered (September 27, 2021) until the judgment is paid.

      5.     Judgment is entered in favor of Defendant and against Plaintiff for Counts I, VII, VIII, IX, X, XI, XII, XIII, and XIV (*see* verdict form at D.I. 160).


                              The Honorable Maryellen Noreika
                              United States District Judge