UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2997
_____

ALICIA A. COHEN

v.

RONALD A. COHEN,
a/k/a Rafi Cohen
a/ka Rafael Cohen
a/k/a Rafa-El Cohen
a/k/a Rafael Chaim Ha Cohen
a/k/a Rafael Chaim Cohen
a/k/a Ron Cohen
a/k/a Ronnie Cohen,

Ronald A. Cohen,
Appellant

_____

On Appeal from the United States District Court for the
District of Delaware
(D.C. Civil No. 1:19-cv-01219)
District Judge: Honorable Maryellen Noreika

_____

Argued July 30, 2024

Before: KRAUSE, RESTREPO, and MATEY, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of Delaware and was argued on July 30, 2024.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered September 27, 2021, is hereby **VACATED** and the cause **REMANDED** for proceedings consistent with the Opinion of this Court. Costs shall not be taxed in this matter pursuant to Fed. R. App. P. 39(a)(4). All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: January 8, 2025

Certified as a true copy and issued in lieu of a formal mandate on Jannuary 30, 2025

Teste:
**Clerk, U.S. Court of Appeals for the Third Circuit**