# K&L GATES

June 30, 2025

Matthew B. Goeller
matthew.goeller@klgates.com

T +1 302 416 7082

**Via ECF and Hand Delivery**
The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

**Re:** *Alicia A. Cohen v. Ronald A. Cohen;* **C.A. No. 19-01219-MN**

Dear Judge Noreika:

In accordance with the oral order entered by the Court on June 2, 2025, I write to provide the parties' joint status report.

The parties are making significant progress toward settlement and respectfully request an additional 30 days to continue settlement negotiations, at which time they would file another status report in accordance with the Court's order if settlement negotiations are not successful.

Respectfully submitted,

*/s/ Matthew B. Goeller*

Matthew B. Goeller (No. 6283)

cc:   All counsel of record via CM/ECF
      Ronald Cohen via U.S. Mail