IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICIA A. COHEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD A. COHEN, a/k/a Rafi Cohen, Raphael Cohen, Rapha-El Cohen, Raphael Chaim Ha Cohen, Raphael Chaim Cohen, Ron Cohen, and Ronnie Cohen,<br><br>　　　　　　Defendant. | C.A. No. 19-1219-MN |

## JOINT STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Alicia A. Cohen and Defendant Ronald A. Cohen stipulate that the above-captioned action is dismissed with prejudice with each party to bear their own fees and costs.

Dated: November 12, 2025

| | |
|---|---|
| **K&L GATES LLP** | **SANJAY K. BHATNAGAR, ATTORNEY AT LAW** |
| */s/ Matthew B. Goeller*<br>Steven L. Caponi (No. 3484)<br>Matthew B. Goeller (No. 6283)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7080<br>steven.caponi@klgates.com<br>matthew.goeller@klgates.com | */s/ Sanjay K. Bhatnagar*<br>Sanjay K. Bhatnagar (No. 4829)<br>Independence Mall<br>1601 Concord Pike, Suite 100<br>Wilmington, DE 19803<br>Phone: (302) 300-5578<br>sanjay@skblawde.com |
| *Attorneys for Plaintiff Alicia A. Cohen* | *Attorney for Defendant Ronald A. Cohen* |